UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **16-1062**

Fowler v. Supt. Smithfield

**ORDER**

      The Clerk having appointed Diana Stavroulakis, Esq. as counsel for Appellant under the provisions of the Criminal Justice Act, it is hereby ordered that Ms. Stavroulakis shall have a period of 60 days from the date of this order to review the record. Prior to the expiration of that 60 day period, counsel shall advise the Clerk whether additional documents or transcripts are necessary. If counsel does not need additional documents or transcripts, the Clerk will issue a briefing schedule immediately after the 60 day review period ends. Counsel shall file the entry of appearance form within 14 days of the date of this order.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: October 6, 2016
JT/cc   Lisa R. Ferrick, Esq.
        Mary L. Friedline, Esq.
        Diana Stavroulakis, Esq.
        Terrance Fowler